UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LOVELY H., GLORIA Q., MICHELE N.,
individually and on behalf of all others similarly
situated,

                05 Civ. 6920 (LTS)
                (ECF CASE)

      Plaintiffs,

    - against -          **NOTICE OF MOTION**

VERNA EGGLESTON, as Commissioner of the
New York City Human Resources Administration,

      Defendant.
------------------------------------------------------------x

    PLEASE TAKE NOTICE that upon the declaration of Eula S., executed August 3, 2006;

the declaration of Courtney B, executed August 3, 2006; the declaration of Laura S., executed

July 27, 2006; the declaration of Craig Acorn, executed August 4, 2006; the declaration of

Kathleen Kelleher, executed August 4, 2006, and the exhibits attached thereto; and the

accompanying Memorandum of Law, plaintiffs will move this Court before the Honorable Laura

Taylor Swain, United States District Judge, United States Courthouse, 500 Pearl Street, New

York, New York, Courtroom 17C, at 10:00 a.m. on September 29, 2006, or as soon thereafter as

counsel can be heard, for an order:

   1)   permitting Eula S., Courtney B., and Laura S. to intervene as party plaintiffs

      pursuant to Fed. R. Civ. P. 23(d) and 24(b);

   2)   permitting plaintiffs to file an amended class action complaint pursuant to Fed. R.

      Civ. P. 15(a);

   3)   in light of the closing of defendant's hub centers, amending the class definition so

      that it refers to persons designated as participants in the WeCARE program rather

than to persons who were or will be transferred to a hub center;

and for such other and further relief as the Court deems just and proper.


Dated:  New York, New York
         August 4, 2006

THE LEGAL AID SOCIETY
Steve Banks, Attorney-in-Chief
Adriene Holder, Esq.
  Attorney-in-Charge, Civil Practice Area
Scott Rosenberg, Director of Litigation (SR 5579)
Kathleen Kelleher, of counsel
Kenneth R. Stephens, of counsel (KS 7914)
Susan E. Welber, of counsel
Cheryl N. Williams, of counsel
199 Water Street, 3d Floor
New York, New York  10038
Telephone:  212-577-3300
Facsimile:   212-509-8753


By:  _____/s/_____
         Kenneth R. Stephens (KS 7914)


MILBANK, TWEED, HADLEY & McCLOY LLP


By:  _____
         Scott A. Edelman (SE 5247)
         Kevin M. Ashby (KA 8905)
         Carolyn Wu (CW      )
         One Chase Manhattan Plaza
         New York, NY 10005
         Telephone:  212-530-5000
         Facsimile:   212-530-5219

         *Attorneys for Plaintiffs and the Plaintiff Class*

To:    Martha Calhoun
       Assistant Corporation Counsel
       New York City Law Department
       100 Church Street
       New York, New York 10007

       *Attorney for Defendant*