UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LOVELY H., GLORIA Q., MICHELE N.,
individually and on behalf of all others similarly
situated,

                    Plaintiffs,

             - against -

VERNA EGGLESTON, as Commissioner of the
New York City Human Resources Administration,

                 Defendant.
--------------------------------------------------------------x

**Declaration of Kathleen Kelleher**

05 Civ. 6920 (LTS)

      **KATHLEEN KELLEHER**, subscribes as true under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am one of the attorneys for plaintiffs in this action. I submit this declaration in support of plaintiffs' motion to intervene and amend.

2.      Attached are the following:

Exhibit A:    Proposed Amended Complaint; and

Exhibit B:    Transcript of Conference Before Hon. Laura Taylor Swain,

                    U.S.D.J., May 25, 2006.

3.      A protective order in this case (so ordered September 27, 2005) protects the identifying information of plaintiffs and proposed class members. Thus, the copies of plaintiff declarations filed in support of plaintiffs' motion were filed under pseudonym and do not include the original signatures which would reveal their full names. Defendant are being served with the signed versions of these declarations and provided with their identifying information. Plaintiffs have retained these original signed

declarations.


New York, New York

Dated: August 4, 2006

_____

Kathleen Kelleher (KK 0598)